*In re* CONFERENCIA JUDICIAL.

*Número:* _____     *Resuelto:* 30 de junio de 1987

## ORDEN

Por la presente se transfiere la próxima sesión plenaria de la Conferencia Judicial para el mes de mayo de 1988, la cual se celebrará durante los días que más adelante el Tribunal determine. Las sesiones plenarias subsiguientes se celebrarán también durante el mes de mayo de los años correspondientes, a menos que este Tribunal disponga otra cosa.

Publíquese.

Lo acordó el Tribunal y certifica el señor Secretario General.

*(Fdo.)* Bruno Cortés Trigo
*Secretario General*